THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHAN ELLERT,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTIAN RESETARITS AND CHARITY FISHERIES, INC., IN PERSONAM; F/V PATIENCE, OFFICIAL NUMBER 668232, HER ENGINES, MACHINERY, APPURTENANCES AND CARGO, IN REM,<br><br>    Defendants. | CASE NO. C20-1088-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for additional time to serve the in personam defendants (Dkt. No. 4). Having thoroughly considered the motion, the attachment thereto (Dkt. No. 5-1), and the relevant record, the Court finds good cause to extend the service deadline pursuant to Federal Rule of Civil Procedure 4(m). Accordingly, the Court hereby GRANTS the motion and EXTENDS the deadline for Plaintiff to serve the in personam defendants to December 23, 2020.

//

//

1 | DATED this 9th day of November 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C20-1088-JCC
PAGE - 2