THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHAN ELLERT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN RESETARITS AND CHARITY FISHERIES, INC., IN PERSONAM; F/V PATIENCE, OFFICIAL NUMBER 668232, HER ENGINES, MACHINERY, APPURTENANCES AND CARGO, IN REM,<br><br>　　　　　　Defendants. | CASE NO. C20-1088-JCC<br><br>ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　This matter comes before the Court *sua sponte*. Under Federal Rule of Procedure Rule 4(m), a plaintiff must serve defendants with a copy of the summons and complaint "within 90 days after the complaint is filed," unless the district court extends the time for good cause shown. After two extensions of time, Plaintiff's deadline to effectuate service on Defendants in this matter was February 22, 2021. (Dkt. Nos. 6, 8.) To date, Plaintiff has not filed any document with the Court indicating that Defendants have been served, nor has Plaintiff moved for an additional extension of time. Accordingly, the Court ORDERS Plaintiff to show cause within twenty-one (21) days of the date of this order why this action should not be dismissed without

1 | prejudice for failure to timely serve Defendants.

2 |     DATED this 4th day of March 2021.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk

ORDER
C20-1088-JCC
PAGE - 2